UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEROME L. GRIMES** | **CIVIL ACTION NO.** |
| **VERSUS** | **21-355-JWD-EWD** |
| **ARAPAHOE SPV, LLC** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 30, 2023 (Doc. 32), to which an objection was filed and considered (Doc.34);

**IT IS ORDERED** that the claims of Plaintiff Jerome L. Grimes in this case are **DISMISSED WITHOUT PREJUDICE**, for failure to establish subject matter jurisdiction.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 12, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**